**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DURAN THOMAS, | : | No. 656 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| HEMLOCK TOWNSHIP, HEMLOCK | : | |
| TOWNSHIP POLICE DEPARTMENT, | : | |
| SCOTT TOWNSHIP, AND SCOTT | : | |
| TOWNSHIP POLICE DEPARTMENT, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.